# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 8, 2026

## NO. 03-25-00609-CV

**Julia Anna Borja, Appellant**

**v.**

**Hunter Burnham, Appellee**

### APPEAL FROM THE COUNTY COURT OF LLANO COUNTY
### BEFORE JUSTICES TRIANA, KELLY, AND ELLIS
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on July 10, 2025. Having reviewed the record, the Court holds that appellant has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.